FILED LODGED
RECEIVED COPY
FEB 0 2 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY P.O.se DEPUTY

PREPARED BY JRG.
DATE Feb.1, 2018

1  John R. Georgas
2  1003 S 373rd. Ave.
3  Tonopah Az. 85354
4   623 393 0146,
5  1. Jurisdiction $4,000,000 for pain and Suffering.
6        Complaint 1.
7  Dr. James R. Hladik On Nov.10, 2005,
8  My teeth (intact) were drilled into
9  causing decay. For the next 9 nine
10 years I suffered loss of teeth, infect-
11 ions (multi), root fractures, jaw loss.
12 (top and bottem), 2,138 pages of medical
13 history from infection. Nov.10, 2005 to June 11, 15,
14  Demand For Jury Trial.

15

16     Feb. 1, 2018    John R. Georgas
17                     1003 S. 373rd Ave.
18                     Tonopah Az. 85354
19                      623 393 0146
20                     John R. Georgas

21

22

23

24

25

26

27

28                        Claim 1

PREPARED BY JRG.
DATE Feb.1,2018

1. John R. Georgas  Prose
2. 1003 S. 373rd Ave.
3. Tonopah Az. 85354
4.   6233930146
5. 1. Jurisdiction. $7,000,000 for pain and
6. Suffering.
7.               Complaint 2.
8. Dr. Gerald W. Trkula on Aug.15, 2006
9. and in charge of my dental care until
10. June.11,2015 created a complicated
11. plan with crowns that was unwarrented
12. by what Dr. James Hladik's wrote in
13. progress notes of Sept.29,2005.
14. Fractured teeth root's, from the be-
15. ginning infection, pulverized jaw,
16. and 2138 pages of medical issues
17. From march.14,2012 until June.11,2015.
18. I have been robbed of my health.
19.           Demand for Jury Trial.
20. Feb.1,2018           John R. Georgas
21.                 John R. Georgas
22.                 1003 S 373rd Ave.
23.                 Tonopah Az. 85354
24.                 6233930146
25.
26.
27.
28.                 Claim 2

PREPARED BY JRG.
DATE Feb. 1, 2018

1  John R Georgas  Prose
2  1003 S 373rd. Ave
3  Tonopah Az. 85354
4  623 393 0146
5  1. Jurisdiction. $3,000,000 For manipu-
6  lation of Facts in progress notes
7  and trying to discredit me and ruin
8  my reputation. This happened From
9  2015 on. Slander was his only goal.
10          Complaint 3.
11  Dr. Daniel P. Ratkus accused me
12  of being an alcoholic and ruining
13  the three Dr's work. The Dr. tried
14  to do damage to my reputation.
15  I have been clean and sober since
16  the end of year 1992.
17        Demand For Jury Trial.
18  Feb. 1, 2018          John R Georgas,
19                        John R. Georgas
20                        1003 S. 373rd Ave.
21                        Tonopah Az. 85354
22                        623 393 0146

Claim 3

Pro se

PREPARED BY JRG,
DATE Feb.1,2018

l.

I went to the V.A. dental Phx, Az. For
the first time on Feb, 26 2003. I
saw Dr Woffinden (staff dentist)
I informed him that my top front
teeth, wearing from night bruxing
(grinding and clinching) since my
top front teeth were getting sharp,
and cutting into my tonge and
lip. Dr. Woffing took impressions
of my teeth for a night guard.
I never received that night guard.
No other work on my teeth to be
done.
I went back again on May, 21, 2004
and saw Dr Woffendin again. This
time the Dr. dremeled the sharp
edges off my #6 #7 #8 #9 #10 #11,
helped a little but didn't solve the
problem. I was still bitting my lip
and tonge. made more impressions
for night occlusial night guard.
I received night guard Jan. 10, 2005.
Didn't last long I chewed up
the night guard I received
with a week. I called to tell
them at dental to tell them to
make me another but I never
received one. I went back to V.A dental

# REPORT OF CONTACT

This document may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this document or the information herein by anyone other than the intended recipient or for official internal VHA and/or VA business is prohibited. This document is covered under the Patient Representation Program Records-VA(100VA10NS10).

**Contact Number**      644.201600664

| | | | |
|---|---|---|---|
| **Date of Contact** | 11/18/2015 | | |
| **Patient Name** | GEORGAS, RICHARD J | | |
| **Patient SSN** | ~~████████~~ | **Treatment Status** | Outpatient |
| **Is Clinical Appeal?** | No | **Eligibility Status** | SERVICE CONNECTED 50% to 100% |
| **Comp** | | **Congress.Contact** | |
| **Info Taken By** | SPARKS, KAREN S | | |

Phone or Fax Number
   Description

**Contacting Entity**      Patient

**Issue Text:**  Rich Georgas~~████~~ 623 393 0146

Mr. Georgas needs for his dental records  the dates the mouth guards from 2003 to present were made from the lab.

Please supply these records and he would like these mailed if possible, if not call and he will pick them up.

**Issue Code**      IF07           Obtaining Copies of Medical Records/Completion of Forms
   **Hospital Location**      DENTAL

Notification Type                    Date                          Expiration Date
   Patient Advocate
   Employee

**Date Closed**        11/19/2015
**Resolution:**  Mouth guard was delivered to Mr. Georgas 4/19/12  12/22/10 8/25/09 1/10/05. ~~████████████████~~

Information has been given to Mr. Georgas.

He has pt. advocate information if further assistance is needed.

Report Date:  11/23/2015   11:34:43AM

# Progress Notes

Treatment Status: In-Progress.
Primary PCE Diagnosis: DENTAL DISORDER NOS (525.9)
The following procedures were performed:
  Tx dental pain minor proc (D9110).
    Tooth: NA.
    Problem(s):
      DENTAL DISORDER NOS (525.9).
Mr. Georgas presents on an emergency basis with complaints of sharp edges
of teeth cutting lips.

O. Edge to edge occlusion. with wearing of incisal edges resulting in
rough and jagged edges of incisors

A. attrition of teeth

P. smooth edges of mxillary and mandibular teeth.

Disp. return to list.

/es/ C. Brent Woffinden DDS
Staff Dentist
Signed: 05/21/2004 09:14

---

 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: FEB 26, 2003@07:47:45   ENTRY DATE: FEB 26, 2003@07:53:16
     AUTHOR: WOFFINDEN,C BRENT    EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

VISIT: V: Feb 24, 2003@14:10 - DENTAL-WOFF (ACA 1ST FL)
GEORGAS,RICHARD J born: ████████
  was seen as a category 15-CLASS IV.
Treatment Status: In-Progress.
Primary PCE Diagnosis: DENTAL DISORDER NOS (525.9)
The following procedures were performed:
  Dental panoramic film (D0330).
    Tooth: NA.
    Problem(s):
      DENTAL EXAMINATION (V72.2).
  Tx dental pain minor proc (D9110).
    Tooth: NA.
    Problem(s):
      DENTAL DISORDER NOS (525.9).
Mr. Georgas presents on an emergency basis.  He just became eligible and
would like to have any dental work needed done.  He complains of having
worn off his teeth and has a hx of parafunctional habits.

O. Edge to edge occlusion, fracture of enamel on several teeth. severe
attrition of teeth.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA  85354
DOB ███████

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

# Progress Notes

A. Pt. in no acute distress, requires routine care when pt. comes up on the list.

P. No treatment required for emergency basis.

Disp. return to list.

/es/ C. Brent Woffinden DDS
Staff Dentist
Signed: 02/26/2003 07:53

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA   85354
DOB:

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

Page 94

PREPARED BY J.R.G.

DATE

with in a week. I called the V.A.
dental I let them know that
I chewed up my new and
only mouth guard. I didn't
receive another one from the
lab until Aug. 25, 2009, 3 years later.
I go to the V.A. dental again
on Sept. 23, 2005. I saw Dr.
Hickman (staff dentist). I
tell Dr. Hickman about my
bite problem. He tells me
since I didn't have any
cavities, root exposure, nerve
damage or infection that there
will not be any work to my
teeth, I agree. Dr. Hickman
lets me know that it is my
tremendous jaw muscles
that is creating wear on
and to my teeth bruxing
(grinding and clinching) in my
sleep. Dr. Hickman takes
impressions of my teeth for
another mouth night guard.
Dr. Hickman says he will
consult another dentist who
might have a better answer
to my bite problem and my

PREPARED BY J.R.G.
DATE

night bruxing (grinding & clinching
I saw Dr. Hladik (Head of dent-
al clinic, Phx, Az). Sept. 29, 2005.
Dr. Hladik discussed my case
with Dr. Hickman about my
tremendous jaw muscles.
Dr. Hladik and Dr. Hickman
came to the same conclussion,
not to create a complicated
plan and not to drill my teeth
for crowns. Since I didn't
have any cavities, root damage,
nerve damage or any types
of infection. I agreed fully.
Dr. Hladiks main plan was
to have a night guard made
for my night bruxing, a more
improved one (more durable),
a valplast partial (false teeth)
and study models to find
the best approach to the wear-
ing of my teeth. He also told
me about a bonding process!!
never told me about the drill!!
first he will make me mouth
appliances- mouth guard, valplast
partial (false teeth) and study
models for best results.

# Progress Notes  3.

(D2332) Resin three surfaces-anterio. Tooth: 6. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 7. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 8. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 9. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 10. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 11. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 22. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 23. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 24. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 25. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 26. Surface(s): MID.
    DX: (521.00).
(D2332) Resin three surfaces-anterio. Tooth: 27. Surface(s): MID.
    DX: (521.00).
(D2393) Post 3 srfc resinbased cmpst. Tooth: 28. Surface(s): MOD.
    DX: (521.00).
(D2393) Post 3 srfc resinbased cmpst. Tooth: 29. Surface(s): MOD.
    DX: (521.00).
(D2393) Post 3 srfc resinbased cmpst. Tooth: 21. Surface(s): MOD.
    DX: (521.00).
(D2393) Post 3 srfc resinbased cmpst. Tooth: 5. Surface(s): MOD.
    DX: (521.00).

*Complicated Plan - NO!*

- - - - - - - - - - - - - - - - - - - - - - - - - -

S. Pt. here for insertion of night guard. Also relates he is still biting
his tissues ver badly. I explained the next thing would be to place
compostir=es over all the Incisals to smooth the area and hopefully reduce
this biting. Pt. agrees.

O. Insert and adjust soft, mandibular ng. Use and care given . No anes.
#20,21,22,23,24,25,26,27,28,29,5,6,7,8,9,10,11,13, Bonded, MID's placed on
all teeth. Polished and adjusted.

A. Pt. extastatic withresults. Will eval on biting when in for insertion of
valplast partial.

*Never made!*

P. Will call when back from lab.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS, RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA  85354
DOB

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

PREPARED BY J.R.B.

DATE

1  Dr. Hladik saw me at the next
2  appointment Nov. 10, 2005. I
3  told him I was there for the
4  fitting of my mouth appliances.
5  a new and improved night guard
6  for bruxing (grinding and clinch-
7  ing) at night while I slept.
8  Yaplast partial (false teeth) to sep-
9  erate my teeth and create better
10 leverage in my normal bite process.
11 also for study models to make
12 sure it was the right approach
13 to solve my bite problem.
14     Dr. Hladik said he was going
15 to place compound on me teeth
16 called bonding process but first
17 he was going to prepare the sur-
18 face of my teeth with a drill. I
19 never had any work done ever
20 to the #3 #4 #5 #6 #7 #8 #9 #10 #11 #13 #14 #15 #16 #17
21 #20 #21 #22 #23 #24 #25 #26 #27 #28 #29.
22 my teeth were worn but intact
23 no numbing agent applied. I
24 asked him why no pain killer.
25     Dr. Hladik said the procedure
26 was so minor that numbing
27 agent was unnecessary. I
28 stopped Dr. Hladik, trying not

3.

over react. I told Dr. Hladik
that the pain he was inflicting
was almost unbearable. He
told me he wasn't harming
my teeth and that my teeth
didn't suffer any damage. He
said my teeth were fine. I
believed him. He is the head
of the department and I fully
trusted him. The drill to my teeth
took about 20 minutes, then he
applied compound to the rough-
ed up areas (the sides of my
teeth) polished and cleaned my
#3 #4 #5 #6 #7 #8 #9 #10 #11 #13 #14
#15 #17 #19 #20 #21 #22 #23 #24 #25
#26 #27 #28 and #29. The #16
was the only tooth Dr. Hladik
left alone. The #16 tooth is the
only one that survived Dr. Hladik's
bonding process on Nov. 10, 2005.
    Before I left that Nov. 10, 2005
appointment I asked Dr. Hladik
for my nightguard valplast
partial and if he had my study
models. He didn't have them
at the moment, but he would
set an appointment for the

PREPARED BY J.R.G.

DATE

1  Fitting of my appliances, soon.
2  To late but I found out
3  that Dr. Hladik never put an
4  order into the dental lab
5  for those items that were
6  just as important as the
7  bonding process, if not more!
8  I never received any mouth
9  appliances from Dr. Hladik
10 (head of dental Clinic-Phx.Az.)
11  May.2,2006 my next appoint-
12 ment I set up, because my
13 teeth were falling apart. Com-
14 pound started coming off my
15 teeth and was experiencing
16 discomfort. I thought there
17 was a hint of oder and pain.
18 My tremendous jaw muscles
19 were taking a toll on my
20 teeth and I guess Dr. Hladik
21 didnt take Dr. Hickmans ad-
22 vice when he had confer-
23 ence with Dr. Hladik between
24 Sept.23,2005 and Sept.24,2005
25 to talk to Dr. Hladik about
26 my tremendous power of my
27 jaw muscles. At the third
28 week of April.2005 I noticed

# Progress Notes

6.

/es/ JAMES R HLADIK,D.D.S.
CHIEF, DENTAL SERVICE
Signed: 11/10/2005 15:33

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: SEP 29, 2005@08:45        ENTRY DATE: SEP 29, 2005@08:51:27
    AUTHOR: HLADIK,JAMES R       EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~████~~ Age: 55
    Visit: S: SEP 29,2005@08:00 - DENTAL-HLADIK (ACA 1ST FL).
    Primary PCE Diagnosis: 525.9.
    Dental Category: 15-CLASS IV.   Treatment Status: Active.

Completed Care:
    (D0150) Comprehensve oral evaluation.  DX: (525.9).
    (D9920) Behavior management.  DX: (799.2).
    (D9310) Dental consultation.  DX: (525.9).
    (D0470) Diagnostic casts.  DX: (525.10).

*No advanced warning!* (handwritten)

S.Pt. seen from last contact. Pt. is as described, show a rather manic
mood. CC is the biting of his lips/cheecks.We discussed the wait list and
what we can do.

*Just met Dr Hladik* (handwritten)

O.Previous notes as to the condition are,correct. In addition, I feel
xerostomia plays a part in his problem.
  We discussed many options, always telling him there is no absolute cure.
My assessment is that we should try to give him some posterior occlusion
as well as a nightguard. I told him crowns or complicated plan is not
indicated, and he agrees.
  I took some study models and will discuss case with pros.but my feeling
is to make him a mouthguard, some sort of partial (perhaps valplast) and
give him some oralube ( I wrote a rx. today). Also told him about biotene
products, which he will pursue.

A. *review* (handwritten)   *Why Dr. Hladik?* (handwritten)

P.I will review study models with pros and we will contact the pt.

*why did you do this to me!* (handwritten)

/es/ JAMES R HLADIK,D.D.S.
CHIEF, DENTAL SERVICE
Signed: 09/29/2005 08:51

LOCAL TITLE: DENTAL EMERGENCY
STANDARD TITLE: DENTISTRY NOTE

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA  85354
DOB:~~████~~

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

7.

PREPARED BY J.R.S.
DATE

compound coming off my teeth.
my tremendous jaw muscles
were causing the problem. at
night I was grinding my teeth,
Had been grinding my teeth since
Viet Nam. my only job in Viet Nam
was to search and destroy, and
our mato in the marine corps
was Kill! Kill! Kill! Did that job
for a year and twenty days. I
was a killing machine! war had
a great impact on me and my sub-
conscience and my conscience of
my awake mind. nightmares every night.
On Sept. 23, 2005 I told Dr. Hickman
that I never felt any ill effects
of my bruxing (grinding and
clinching) at night while I
slept. I agreed that I was loos-
ing some of the contour on the
contact surface of my teeth but
never any pain, never any cav-
ities, never any root exposure, no
nerve damage or infection.
Then came Nov. 10, 2005 the day
that changed my life and my
health. After Dr. Hladik and his bond-
ing and drilling. Dr. Trkula drilled my teeth away

# Progress Notes

7 ✓

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: MAY 16, 2006@09:31          ENTRY DATE: MAY 16, 2006@09:37:02
    AUTHOR: TRKULA,GERALD W          EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: 07/05/1950, Age: 55
   Visit: S: MAY 16,2006@08:00 - DENTAL-TRKULA (ACA 1ST FL).
   Primary PCE Diagnosis: 525.9 (DENTAL DISORDER NOS).
   Dental Category: 15-CLASS IV.  Treatment Status: Active.

Completed Care:
   (D0150) Comprehensve oral evaluation. DX: (525.9).
   (D0220) Intraoral periapical first f. Tooth: 3.  DX: (525.9).
   (D0230) Intraoral periapical ea add. Tooth: 14.  DX: (525.9).
   (D0230) Intraoral periapical ea add. Tooth: 18.  DX: (525.9).
   (D0230) Intraoral periapical ea add. Tooth: 20.  DX: (525.9).
   (D0230) Intraoral periapical ea add. Tooth: 28.  DX: (525.9).
   (D0230) Intraoral periapical ea add. Tooth: 30.  DX: (525.9).
   (D0330) Dental panoramic film. DX: (525.9).
   (D0470) Diagnostic casts.  DX: (525.10).
   (D0470) Diagnostic casts.  DX: (525.10).
   (D9630) Other drugs/medicaments.  DX: (525.9).       *Never told me!*
   (D9920) Behavior management.  DX: (799.2).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Comprehensive pros eval. Pano and PA's (3,14,18,20,28 and 30)
Dx impressions made (2 sets)
Severe bruxism is evident in the paast with edge to edge occlusion and
skeletal Class 3 profile. Necessary treatment is full rehab with necessary
group function.
Pt will not be a "fee" out case and will be completed in house.
Full treatment plan to be develop post articulation and radiograph review.

/es/ G.W. Trkula, DMD, MS          *Complicated Plan no.*
Prosthodontist
Signed: 05/16/2006 09:37

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: MAY 02, 2006@10:03          ENTRY DATE: MAY 02, 2006@10:09:47
    AUTHOR: HLADIK,JAMES R          EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~07/05/1950~~, Age: 55
   Visit: S: MAY 2,2006@10:00 - DENTAL-HLADIK (ACA 1ST FL).
   Primary PCE Diagnosis: 525.9 (DENTAL DISORDER NOS).
   Dental Category: 15-CLASS IV.  Treatment Status: Active.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GEORGAS,RICHARD J<br>1003 S 373RD AVE<br>TONOPAH, ARIZONA  85354<br>DOB: ~~████████~~ | Printed at Phoenix VA Health Care System |

# Progress Notes

7.8.

2% Xylocaine 1:105 epi x1
#13,14 and 15 Occlusal preps for core build-ups
Vitrebond #15 Alloy check occlusion

NV >>>>>>>>>>> Commence Full mouth rehab

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 08/15/2006 09:21

*Complicated Plan! No!*
*Sept. 29, 2005*

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: AUG 10, 2006@07:50      ENTRY DATE: AUG 10, 2006@07:52:54
       AUTHOR: TRKULA,GERALD W      EXP COSIGNER:
       URGENCY:                         STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~~~~~~~~, Age: 56
  Visit: 08/10/2006 07:50.
  Primary PCE Diagnosis: 525.9 (DENTAL DISORDER NOS).
  Dental Category: 15-CLASS IV.  Treatment Status: Active.

*No Crowns*
*Sept. 29, 2005*

Completed Care:
  (D9630) Other drugs/medicaments.  DX: (525.9).
  (D9310) Dental consultation.  DX: (525.9).
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
Pt presents with pain assoc. post NSRCT #14 and #14. Pain assoc w/
sinusitis
Rx: Sudafed and Vicodin (10 tabs)

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 08/10/2006 07:52

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: AUG 07, 2006@09:24      ENTRY DATE: AUG 07, 2006@09:31:48
       AUTHOR: PATTEN,JIMMY R      EXP COSIGNER:
       URGENCY:                         STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~~~~~~~~, Age: 56
  Visit: S: AUG 7,2006@08:00 - DENTAL-PATTEN (ACA 1ST FL).
  Primary PCE Diagnosis: 522.0 (PULPITIS).
  Dental Category: 15-CLASS IV.  Treatment Status: Active.

Completed Care:
  (D0150) Comprehensve oral evaluation.  DX: (525.9).
  (D3320) Root canal therapy 2 canals. Tooth: 13. Canal(s): 1.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA   85354
DOB: ~~~~~~~~~

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

8.

because Dr. Trkula had only one plan, a full mouth rehab. On Aug. 15, 2006 before my appointment with Dr. Trkula, I had a meeting with Dr. Hladik. He told me to tell Dr. Trkula the only reason I came for my appointment on Aug. 15, 2006 with Dr. Trkula involved a rebonding, nothing else !!! Why did Dr. Trkula go over the head of the Dept? It is though Dr. Trkula had more authority than Dr. Hladik (Head of dental clinic-Phx VA.) Dr. Hladik said he would back me 100% Dr. Hladik failed to do what He promised me to let Dr. Trkula know that and enforce his order to do a rebonding and not a full mouth rehab, who is in charge? On Aug. 15, 2006 was the end of my teeth. I had those 22 teeth for 45 years without any problems. my teeth were intact no cavities, no root exposure or damage to my roots.

# Progress Notes

 *8.*

```
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: JUL 07, 2006@08:46     ENTRY DATE: JUL 07, 2006@08:46:29
      AUTHOR: TRKULA,GERALD W       EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: 07/05/1950, Age: 56
  Visit: S: JUL 7,2006@08:00 - DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 525.9 (DENTAL DISORDER NOS).
  Dental Category: 15-CLASS IV.  Treatment Status: Active.

Completed Care:
  (D6999) Fixed prosthodontic proc.  DX: (525.10).
  (D9430) Office visit during hours.  DX: (525.9).
  (D9450) Case presentation tx plan.  DX: (525.9).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Pt presents for case presentation appt. Pt is fully aware of full mouth
rehab tx plan and fully enderstands the time and energy committment to
restore dentition. Presented dx wax and sequencing of tx.
In order to achieve proper plane of occlusion, prophylactic endontic
therapy is necessary on #13 and #14, due to progressive eruptive path.

NV >>>>>> NSRCT #13 and #14 with Dr. Patten, followed by core build-ups
#13/#14 prior to commencing full mouth rehab

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 07/07/2006 08:46
```

*Dr. Trkula never talked to me about the work he was doing ever.*

*Dr. Kula told other Drs never talk to me about my case (teeth)*

```
 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: MAY 16, 2006@09:31     ENTRY DATE: MAY 16, 2006@09:37:02
      AUTHOR: TRKULA,GERALD W       EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: _____, Age: 55
  Visit: S: MAY 16,2006@08:00 - DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 525.9 (DENTAL DISORDER NOS).
  Dental Category: 15-CLASS IV.  Treatment Status: Active.

Completed Care:
  (D0150) Comprehensve oral evaluation.  DX: (525.9).
  (D0220) Intraoral periapical first f. Tooth: 3.   DX: (525.9).
  (D0230) Intraoral periapical ea add. Tooth: 14.  DX: (525.9).
  (D0230) Intraoral periapical ea add. Tooth: 18.  DX: (525.9).
  (D0230) Intraoral periapical ea add. Tooth: 20.  DX: (525.9).
  (D0230) Intraoral periapical ea add. Tooth: 28.  DX: (525.9).
  (D0230) Intraoral periapical ea add. Tooth: 30.  DX: (525.9).
  (D0330) Dental panoramic film.  DX: (525.9).
```

*I asked a thous- and questions Never an Answer!*

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS, RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA   85354
DOB: _____

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

# Progress Notes

 8,

```
LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: AUG 29, 2006@13:38        ENTRY DATE: AUG 29, 2006@13:42:54
         AUTHOR: TRKULA,GERALD W        EXP COSIGNER:
         URGENCY:                           STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~~~~~~~~, Age: 56
  Visit: S: AUG 29,2006@08:00 - DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 521.03 (DENTAL CARIES EXT PULP).
  Dental Category: 15-CLASS IV.  Treatment Status: Active.

Completed Care:
   (99215) OFFICE/OUTPATIENT VISIT, EST.  DX: (521.03).

- - - - - - - - - - - - - - - - - - - - - -
Pros tx in progress. Preparation of mandibular dentition #20 - 29
Anesthesia given : 2% Xylocaine 1:105 epi x 6
2 @ 0745
1 @ 0805
1 @ 0820                     Root Canal
1 @ 0845
1 @ 0855


Provisionalization with Alike 67. Refine occlusion, polish and Temp-bond

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 08/29/2006 13:42
```

```
LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: AUG 28, 2006@13:39        ENTRY DATE: AUG 28, 2006@13:41:07
         AUTHOR: TRKULA,GERALD W        EXP COSIGNER:
         URGENCY:                           STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~~~~~~~~, Age: 56
  Visit: S: AUG 28,2006@14:30 - DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 521.03 (DENTAL CARIES EXT PULP).
  Dental Category: 15-CLASS IV.  Treatment Status: Active.

Completed Care:
   (99215) OFFICE/OUTPATIENT VISIT, EST.  DX: (521.03).

- - - - - - - - - - - - - - - - - - - - - -
Tx in progress

SEE PRIOR NOTE

/es/ G.W. Trkula, DMD, MS
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GEORGAS,RICHARD J<br>1003 S 373RD AVE<br>TONOPAH, ARIZONA  85354<br>DOB: ~~~~~~~~~ | Printed at Phoenix VA Health Care System |

# Progress Notes



Cord 0
PVS final / custom tray
CR records / preps
Modify provisionals / UltraTemp
Cr records / provisionals
Dx impressions for cross-articulation and custom incisal guide table

Shade A2 (7-10) / A3 (6&11)


NV >>>> Delivery #6-11

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 09/02/2010 09:21

---

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: AUG 12, 2010@10:54          ENTRY DATE: AUG 12, 2010@10:58:29
        AUTHOR: TRKULA,GERALD W          EXP COSIGNER:
        URGENCY:                            STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ●●●●●●●●●●, Age: 60
  Visit: S: Aug 12, 2010@07:45 PHX-DENTAL TRKULA (ACA).
  Primary PCE Diagnosis: 522.9 (PULP/PERIAPICAL DIS NEC).
  Dental Category: 15-CLASS IV.  Treatment Status: Active.

Completed Care:
  (D2954) PREFAB POST/CORE + CROWN. Tooth: 6.  DX: (522.9).
  (D3310) END THXPY, ANTERIOR TOOTH. Tooth: 6. Canal(s): 1.  DX: (522.0).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Endo-Pros tx in progress
2% Xylocaine 1:105 epi x 1.5
Removal of existing provisionals #6-11
RDI #6                              *Root Canal*
Verified WL @ 15.5mm
Re-instrumentation K files to 30
NaOCl- irrigation
ProTaper protocol followed
Verify master cone F2
Kerr pulp sealer and warm vertical condensation
ParaPost .050 prepared
Cemented w/ FujiPlus (RRGI)
EndoSequence core b/u
Reprovisionaliztion #6-11
UltraTemp

NV >>>>>> Final impress #6-11

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA  85354
DOB ●●●●●●●●●●

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

# Progress Notes

*[handwritten: I asked so many 8 questions why!]*

```
          DX: (522.0).
  (D3330) Root canal therapy 3 canals. Tooth: 14. Canal(s): 3.
          DX: (522.0).
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
patient presented for root canal treatment of #s 13 and 14. Medical
history reviewed and patient diabetic and has high blood pressure but both
are being treated and under control. pulp tests on both teeth were normal
but root canals required for restorative purposes. explained procedure,
anesthesia 72 mg lidacaine with .036 mg epi, rubber dam, access and lenght
determination by apex locator #13-20.5mm, #14 mb-20mm, db-20mm, pal-22mm,
cleaned and shaped all canals with hand files to 25 and protaper to F3,
washed hypochlorite, dried, obturated with gutta percha and roth sealer
using vertical heated condensation, cotton pellet and ketac,post operative
instructions.

/es/ JIMMY R PATTEN, DMD
ENDODONTIST
Signed: 08/07/2006 09:31

```
 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: JUL 07, 2006@08:46          ENTRY DATE: JUL 07, 2006@08:46:29
      AUTHOR: TRKULA,GERALD W        EXP COSIGNER:
   URGENCY:                             STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB:          , Age: 56
  Visit: S: JUL 7,2006@08:00 - DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 525.9 (DENTAL DISORDER NOS).
  Dental Category: 15-CLASS IV.   Treatment Status: Active.

Completed Care:
  (D6999) Fixed prosthodontic proc.  DX: (525.10).
  (D9430) Office visit during hours. DX: (525.9).
  (D9450) Case presentation tx plan. DX: (525.9).
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Pt presents for case presentation appt. Pt is fully aware of full mouth
rehab tx plan and fully endersdants the time and energy committment to
restore dentition. Presented dx wax and sequencing of tx.
In order to achieve proper plane of occlusion, prophylactic endontic
therapy is necessary on #13 and #14, due to progressive eruptive path.

NV >>>>>>> NSRCT #13 and #14 with Dr. Patten, followed by core build-ups
#13/#14 prior to commencing full mouth rehab

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 07/07/2006 08:46

*[handwritten: Never talked to me about my case ever!]*

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA   85354
DOB:

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

# Progress Notes

8.32

it was best to complete root canal therapy on the tooth prior to cementation of the crown so potential problems with the tooth could be avoided.  procedure was explained to the patient, patient already had some anesthesia so pulp test were not done, additional anesthesia 74 mg septocaine with .018 mg epi was given buccal and lingual, rubber dam, access, tooth was necrotic inside in that no bleeding was observed, length determiation by apex locator mb 17, db 17, pal 19, cleaned and shaped with hand files to 25 and protaper to F2 and F3, washed hypochlorite, dried, obturated with gutta percha and roth sealer using vertical heated condensation, cotton pellet and sent immediately to Dr. Trkula for completion of the restorartion.


/es/ JIMMY R PATTEN, DMD
ENDODONTIST
Signed: 11/14/2006 09:37

---

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: OCT 18, 2006@08:48      ENTRY DATE: OCT 18, 2006@08:51:14
      AUTHOR: TRKULA,GERALD W      EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: 0▓▓▓▓▓▓▓, Age: 56
  Visit: V: Oct 17, 2006@12:34 - DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 521.03 (DENTAL CARIES EXT PULP).
  Dental Category: 15-CLASS IV.  Treatment Status: Active.

Completed Care:
  (99215) OFFICE/OUTPATIENT VISIT, EST. DX: (521.03).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Pt presents after fx'ing provisional #12 - 13 of max arch rehab.
#13 is cantilevered and due to occlusion will be removed from provisional
on an interim basis due to the inability to fabricate a provisional non
rigid connector #11 distal
Monitor aas needed

F/U 2 weeks


/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 10/18/2006 08:51

---

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: OCT 05, 2006@13:05      ENTRY DATE: OCT 05, 2006@13:10:09
      AUTHOR: TRKULA,GERALD W      EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONQPAH, ARIZONA   85354
DOB:▓▓▓▓▓▓▓

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

# Progress Notes

8-



Printed On Oct 9, 2015

Completed Care:
  (D9630) Other drugs/medicaments.  DX: (525.9).
  (D9310) Dental consultation.  DX: (525.9).

- - - - - - - - - - - - - - - - - - - - - - - - - - -
Pt presents with pain assoc. post NSRCT #14 and #14. Pain assoc w/
sinusitis
Rx: Sudafed and Vicodin (10 tabs)

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 08/10/2006 07:52

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: AUG 07, 2006@09:24        ENTRY DATE: AUG 07, 2006@09:31:48
      AUTHOR: PATTEN,JIMMY R       EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~~~~~~~~~, Age: 56
  Visit: S: AUG 7,2006@08:00 - DENTAL-PATTEN (ACA 1ST FL).
  Primary PCE Diagnosis: 522.0 (PULPITIS).
  Dental Category: 15-CLASS IV.  Treatment Status: Active.

Completed Care:
  (D0150) Comprehensve oral evaluation.  DX: (525.9).
  (D3320) Root canal therapy 2 canals. Tooth: 13. Canal(s): 1.
      DX: (522.0).
  (D3330) Root canal therapy 3 canals. Tooth: 14. Canal(s): 3.
      DX: (522.0).

*my high blood pressure always under control*

patient presented for root canal treatment of #s 13 and 14. Medical
*From*
history reviewed and patient diabetic and has high blood pressure but both
are being treated and under control. pulp tests on both teeth were normal
but root canals required for restorative purposes. explained procedure,
*2000*
anesthesia 72 mg lidacaine with .036 mg epi, rubber dam, access and lenght
determination by apex locator #13-20.5mm, #14 mb-20mm, db-20mm, pal-22mm,
*until*
cleaned and shaped all canals with hand files to 25 and protaper to F3,
washed hypochlorite, dried, obturated with gutta percha and roth sealer
*now.*
using vertical heated condensation, cotton pellet and ketac,post operative
instructions.

/es/ JIMMY R PATTEN, DMD
ENDODONTIST
Signed: 08/07/2006 09:31

LOCAL TITLE: DENTAL NOTE

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA  85354
DOB: ~~~~~~~~~~

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

# Progress Notes

8:32.

Patient Name: GEORGAS,RICHARD J, DOB: 07/05/1950, Age: 56
   Visit: S: NOV 14,2006@08:00 - DENTAL-TRKULA (ACA 1ST FL).
   Primary PCE Diagnosis: 525.10 (UNSP ACQUIRED ABSENCE TEETH).
   Dental Category: 15-CLASS IV.   Treatment Status: Active.

Completed Care:
   (D0470) Diagnostic casts.  DX: (525.10).
   (D2950) Core build-up incl any pins. Tooth: 3.  DX: (521.00).
   (D6999) Fixed prosthodontic proc.  DX: (525.10).
   (D9215) Local anesthesia.  DX: (525.9).

- - - - - - - - - - - - - - - - - - - - - - -

Pros tx in progress
2% Xylocaine 1:105 epi x 1
~~Removal of existing PFM #3 with gross open margins~~
~~Caries removal near pulp chamber. Conferred w/ Dr. Patten to~~
~~prophylactically tx #3 prior to full mouth rehab~~
~~Sent to Endo for NSRCT #3~~

*Root Canal*

Pt returned from endo, completed core b/u w/ Tytin
Refined prep #3 and provisionalized Alike 59 Tempbond
Dx impressions made of final provisionals

NV >>>>>>>>>>>>> Final impressions

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 11/14/2006 13:55

LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: NOV 14, 2006@09:29          ENTRY DATE: NOV 14, 2006@09:37:03
      AUTHOR: PATTEN,JIMMY R          EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~━━━━━━━━~~, Age: 56
   Visit: S: NOV 14,2006@08:30 - DENTAL-PATTEN (ACA 1ST FL).
   Primary PCE Diagnosis: 522.0 (PULPITIS).
   Dental Category: 15-CLASS IV.   Treatment Status: Active.

Completed Care:
   (D0150) Comprehensve oral evaluation.  DX: (525.9).
   (D3330) Root canal therapy 3 canals. Tooth: 3. Canal(s): 2.  DX:
(522.0).

- - - - - - - - - - - - - - - - - - - - - - -

patient sent by Trkula for immediate start of root canalb #3. Patient was
being treated for crown and preparation involved the mesial of the tooth
which approached the pulp horns. Consultation with done and decided that

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS, RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA   85354
DOB: ~~━━━━━━━━~~

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

9.

because I never had a problem
with my teeth. no cavities, no root
exposure, no nerve damage and
never an infection in my jaw or
my teeth until Dr. Hladik created
a complicated plan (major work)
which led to the complete dis-
truction of my teeth and the mis-
diagnoses of my implants #19
and the #30. The #19 #30 were
badly infected and Dr. Trkula
never recognized that fact until
it was to late. I told Dr. Trkula on
2-8-13 all about the #19 10 months prior
to removel of #19. Dr. Trkula. The
only reason why, I demand the
removal of the #19 I had a major
tooth ache. It was the #19 #30
that I was concerned with be
they hurt the most at the time.
I was angry at Dr. Trkula's
actions. He never helped me with
the problem areas that I asked
him to remedy. The #6 #7 #8 #9 #10 #11 #12 #13
were all problem areas at differ-
ent times. Eventually all of
those teeth were removed be-
cause they were all fractured

#10,

never told me about fractures or

PREPARED BY J.R.G.
DATE

telling me what he was do-
ing. In almost 9 years of
his technique being administer-
ed on me. Dr. Trkula himself
never discussed his (Dr. Trkula's)
plan with me and told the other
Dr's never discuss my case
with me. Kept me in the dark
the whole time, almost 9 years.
After drilling my teeth away,
and creating margins around
my teeth with rope(thick floss)
again no more numbing agent. The
first amount of numbing was wear-
ing off. I didn't receive any more
numbing agent and putting deep
margins around my teeth was be-
coming painfull. A lot of squirming
in his chair, like Dr. Hadik's bond-
ing process, hurt a lot. I can
take it, I'm a man! nine years.
Next Dr. Trkula (staff dentist)
puts crowns on all the 22 teeth
that he drilled to nothing (gum line).
Dr. Hadik had created a comp-
licated plan and Dr. Trkula in-
stalled the crowns to finish
me off. no work necessary

11.

PREPARED BY JRG.
DATE

No complicated plan and no crowns for my 22 teeth stated by Dr. Hladik in progress notes, on Sept. 29, 2005. The way Dr. Hladik (Head of dental clinic Phx V.A.) expressed my situation was nothing less than a positive result and alot of encouragement for the future. I left Dr. Hladik's appointment knowing that I could depend on the professional advice and guidence from Dr. Hladik (Head of dental clinic Phx V.A.). I had a new confidence that Dr. Hladik was the caring person he presented himself to be. Why was I deceived? On Nov. 10 2005 Dr. Hladik drilled my teeth and unfortunately exposed my roots in two of my teeth. Fixable! Dr. Hladik chose the wrong person - Dr. Trkula (Staff dentist Phx V.A.), to do the restoration on my teeth. Dr. Hladik made a mistake but Dr. Trkula changed the rules that Dr. Hladik (Head of dental clinic Phx V.A.) had set on paper, written law. Took 5 years to fracture all roots pulverized

12.

PREPARED BY JRG.
DATE

and infected. I Fractured my top front and bottem front teeth. That Fracturing of my #6 #7 #8 #9 #10 #11 #12 #13 #20 #21 #22 #23 #24 #25 #26 #27 #29 #29. My #6 through #13 were being Forced outward by my bottem teeth. Took 6 years to destroy all my front top and bottem teeth. I applied so much presure with night bruxing, (grinding and clinching) at night. I eventually fractured them all and they all had to be removed. My jaw muscles were more powerful than my roots of my teeth. More distructive than the Dr's knew. I crushed most of my bottem teeth. #17 was crushed by the #14 molar. Got badly infected #18 #19 were crushed by the #14 #13. The #29 and #30 were crushed by #5. and the #4. my teeth and my jaw were destroyed. So much bone loss of my maxilla and my mandible. Never a replacement of those teeth, to much bone loss. They told me I can not have any implants to much bone loss. The

13.

PREPARED BY J.R.G.
DATE

first chance he had and he
took it. what was left was a
root system and twenty two
crowns. All of which were the
hardist material known to man,
in my estimation. From the
very beggining my tremendous
jaw muscles did their best at
trying to completely fracture
the #6 #7 #8 #9 #10 #11 #12 #13 #17 #18
#19 #20 #21 #22 #23 #24 #25 #26 #27 #28 #3
from my maxilla and my mandibul
Eventually it happed it took
five years before he (Dr. Trkula)
removed my first fractured teeth
the #10 #11 of my maxilla teeth
on 9-28-2011. on 11-23-2011 he (Dr.
Trkula) removed the #8 #9 of the
maxilla (top front teeth) fractured
to death. At that point Dr. Trkula
told me their was no hope of
replacing #8 #9 #10 #10 to much
damage.
    Getting to that point starting
Aug. 15, 2006 five years earlier.
    The First problem I had
was on Aug. 15, 2006 when Dr.
Trkula drilled my teeth away.

PREPARED BY J.R.G.
DATE

I never had any cavities, never
any root exposure, never any
nerve damage, and never ever
an infection. Dr. Hladik (Head
of dental clinic PhxA.I.) and Dr.
Trkula (staff dentist) together
within a three hour period had
totally dismantled my teeth on
nov. 10, 2005 and Aug. 15 2006. Dr.
Hladik creating a complicated
plan and Dr. Trkula's continuation
of the complicated plan and uti-
lising crowns in my treatment.
Dr. Hladik made it clear that
on Sept. 29, 2005 in the progress
notes that there would never be
a complicated plan for my indiv-
idual case or crowns put in
place of my teeth. what happed?
I was the only one left out of
the conversation? why every time
over 9 (nine) year and a thous-
and questions not one of those
Dr.s ever answered any of my
questions? why didnt Dr. Trkula
ever take any of my concerns
and act on them. I told Dr.
Trkula my areas that needed

15.

PREPARED BY JRG.
DATE

imediate attention. The #7 #8
making my life a complete
torture session that continued
through a lung operation that
I received at the end of March
2012 Emergency lung operation
for a major infection in my
lungs, that was just a brand
new infection. Dr. Thomas my
pulminologist said to me my
lung infection had begun at
the end of 2011 or the first
part of 2012. Teeth pushing each other out!
I saw Dr. Trkula on April. 20, 2012,
he had a mouth guard for me,
That is when I told him (Dr. Trkula)
about my #7 and #8 hurting me
badly all the time. I told Dr. Trkula
to pull those teeth because I
was still bruxing at sleep time
(day or night) I was in the hos-
pital (lung operation-Infection)
The pain was 24 hours a day,
continuous. That pain went on
and on until Dr. Trkula finally
did something pulled the #7 and #8 on
Aug. 2, 2012 3 month later. I had lever-
age, my bottem teeth (crowns) vulnerable.

PREPARED BY JRG.
DATE

and left me with just a
root system and 22 crowns
Some of my new teeth were
titanium square post, round
post, screw in implants, caps
over remnant of what used
to be front teeth and molars.
My tremendous=powerful
jaw muscles destroyed all
my teeth that I've talked a-
bout. The #6 #7 #8 #9 #10 #11 #12
#13 (top front teeth) and the #17 #19
#20 #29 #30 (bottem teeth) The #21
#22 #23 # 25 #26 #27 #28 #   are so
loose they can snap off at any
time. The #25 feels the most
flexable and feels like the next
to go. I don't want it to. the #25,
#24 snapped off April 7, 2017 and
Dr. Shaw removed the loose rem-
nant of that tooth. Please no
more. The remnant of that #24
Dr. Shaw showed me. IT looked
like a corn flake. nothing to it.
IT looked weak. My tremend-
ous jaw muscles are still do-
ing damage. The #15 crown
is finally breaking down.

PREPARED BY JRG.

DATE

My last original tooth the #16 (bottem) manor but tooth. I have had the #16 tooth without a cavity, without root exposure, no nerve damage and never an infection. The #15 has never got any weaker and just now is starting to break down. the #16, my last orignal tooth. Going on 56 years without any problems with the #16. why couldn't the Dr's stick to the original plan of mouth protection insted of a complicated plan with crowns. when Dr Hladik insisted no complicated plan or crowns on Sept. 29, 2005. He said those words to me and he also wrote his pledge in the progress notes and also told the other Dr's. Why did Dr. Irkula argue with Dr Hladik about my case? That date was the same day I came to get my decaying teeth evaluated, May 2, 2006. also the same day Dr. Hladik (Head of dental clinic PhX V.A.) told me that the only

18.

1  work necessary in my case was
2  a rebonding process, nothing else
3  On may.2,2006 Dr. Hladik had a
4  meeting with Dr. Trkula about a
5  rebonding for my teeth but all
6  Dr. Trkula talked about, a full
7  mouth rehab. Dr. Hladik rejected
8  that complicated plan with crowns
9  All the Dr's involved knew about
10 my tremendous = powerful jaw
11 muscles but the Dr's didn't pay
12 attention to my new exposed
13 roots that Dr. Hladik exposed
14 starting on nov.10,2005 when
15 Dr. Hladik drilled into my 22 teeth
16 causing root exposure and decay.
17 Dr. Hladik (Head of dental. V.A. Phx.).
18 wanted Dr. Hancock to prevent any
19 more damage because Dr. Hancock
20 was the most experienced Dr.
21 to do rebondings. Should of been
22 Dr. Hancock but insted Dr. Hladik
23 took the next Dr. down the lad-
24 er Dr. Trkula to do the work.
25 Dr. Hladik on Aug.15,2006 put me
26 in harms way and let Dr. Trkula
27 do his complicated plan with crowns.
28 Dr. Hladik contradicted his facts

19.

1  that everything Dr. Hladik had
2  put in to words of his progress
3  notes. Dr. Hladik on Sept. 29,
4  2005. gave me the impression
5  that I was in good hands and
6  they would do everything in
7  their power to do the best
8  they could to help me with a
9  bite problem I was having.
10  I trusted them fully and didn't
11  question their professional in-
12  tent and ability. I thought they
13  knew what they were doing.
14  WAS I ever mistaken!! The
15  Dr's Trkula and Hladik sent
16  me on a journey for the next
17  decade that completely ruined
18  my health, ruined, my teeth, ruined
19  my jaw (Mandibul and Maxilla),
20  my lungs, my bones, my stomache
21  I was poisoned by infection.
22  that the Dr's created by giving
23  me a full mouth rehab. A comp-
24  licated plan with crowns.
25  On Aug. 15, 2006 I saw Dr. Trkula
26  I told him I was there for a
27  rebonding. No sensible reason
28  put needles through my sinuses

20.

PREPARED BY JRG.

DATE

up to the bridge of my nose
for the first time. Now I'm
in the house of pain from
now on. Nine years of pain
and torture. I told Dr. Trkula
from the start I was there for
a rebonding but silence was
his answer for the next nine
years his treatment was un-
bearible. I had so many quest-
ions over the years but Dr.
Trkula never gave me an an-
swer. Dr. Trkula did me wrong,
Dr. Hladik did me wrong and Dr.
Rat Kuss did me wrong. There
was never a fix for my new
dental problems inflicted by
these Dr's. Since Dr. Trkula
was officially in charge of
my dental rebonding and care
he let all the other Dr.s (staff
dentists) whom also worked
on me, never talk about the
rebonding (lie) full mouth rehab-
ilitation that Dr. Trkula initiated
prolonged and finally abandon-
ed on June, 11, 2015 when Dr.
Trkula refused to help me

21.

any more, I left Dr. Trkula
on June. 11, 2015 with three
infected teeth to be removed
later by Dr. Wood on two oc-
casions. another snapped off,
when does it end? #24 snapped.
   Here is the list of proced-
ures done while in the care
of Dr. Hladik (Head of dental Clinic
phx V.A.), Dr. Patten, Dr. Trkula
(Staff dentist), Dr. Rat Kuss, Dr.
Mahoney (Staff dentist.), Dr. Woff-
inden (Staff Dentist).
   Dr. Woffinden on May, 21, 2004
rounded some sharp edges off
on the #6 #7 #8 #9 #10 #11 #3 #14 Made
smooth edges. Didn't stop the
cutting of my lip and tonge.
Dr. Hickman on Sept. 23, 2005
let me know what happened
to my teeth (wearing) involved
my tremendous Jaw muscles,
at night bruxing (grinding and
clinching) was the Cause of
the wearing of my teeth.
Extreme Case of bruxing
and night guards were a
good Solution to my night brux-

22.

PREPARED BY JRG.
DATE

ing (grinding and clinching)
while I slept. anytime of
the day or night. Viet nam
had a huge impact on my
mental state. awake or asleep.
I was bruxing hard.
    Dr. Hickman told me that I
had tremendous jaw muscles
that were wearing the conture
off the contact surface of my
teeth. A mouth guard would help.
I received my first mouth
guard on Jan 10, 2005. Took a
week to destroy mouth guard
I chewed it up inside a week.
I received my next mouth guard
3 years later Aug. 25, 2009,
Dr. Hickman told Dr. Hladik all
about my bruxing and my
tremendous jaw muscles.
    I saw Dr. Hladik (Head of dent-
al clinic) on the 29 of Sept. 2005
His remedy for me was mouth
appliances mouth guard (night
and day) for bruxing (grinding
and clinching) my teeth while
I slept. VA's last partial
(False teeth) and study

23.

PREPARED BY JRG.
DATE

models to find best approach
to the bite problem, I was
having. Biting lip and tonge. My
top front teeth (maxilla) were
cutting into my lip and tonge
while I talked or ate food.
Had a ten second talk about the
bonding process and never told
me about the drill and what
damage the drill could cause.
   I never had my 23 teeth work-
ed on and had never experieced
a drill to those 23 teeth.
   On nov. 10, 2006 I kept my
appointment with Dr. Hladik
(Head of dental dept. Phx. V.A.) I
told Dr. Hladik I was there
for my fitting of my mouth ap-
pliances, mouth guard (while I
slept) va'l plast. partial (false
teeth) for spacing the contact
surface of my teeth and study
models for best results of
the bite problem I was having.
Yes you are here for your
new mouth appliances, but
first we are going to do a
very minor procedure called

24

PREPARED BY JRG.
DATE

bonding process. Dr. Hladik takes
the drill to my 22 (twenty two)
teeth. I stopped Dr. Hladik (Head
of V.A. dental Phx), from drilling
my teeth because of the intense
pain, twice! I pushed him again
to stop. The pain was bad! Dr.
Hladik told me that the procedure
of bonding was such a minor pro-
cedure that my request for numb-
ing agent was not warrented. Dr.
Hladik continued with the bonding
process. He told me that he wasn't
harming my teeth and that my
teeth would fine. Very painful
I was there for a fitting for my
occlusial mouth night guard for
night bruxing (grinding and clinch-
ing) while sleeping. Tremendous
jaw muscles ruined my #14 and #15
that Dr. Hladik created. Where is my
valplast partial (false teeth) space
between my maxilla (top) teeth and
mandibul (bottem) teeth. Leverage of
my tremendous jaw muscles and pres-
sure., The study models will
show the best approach to my
bite problem. why didn't you make study

25.

PREPARED BY JRG.
DATE

models that would help. Dr. Hladik was supposed to fix his own mistakes, exposing my roots of the #14 #15 and creating decay on Nov. 10, 2005 and to find out the decay and fracture never ends!
For the next 9 (nine) years nothing but fracture and infection. To this very day. Fractured the #6 #7 #8 #9 #10 #11 #12 #13 from the maxilla (top front teeth) and #17 #19 #20 #21 #22 #23 #24 #25 #26 #27 #28 #29 #30 of the mandibul (bottem teeth).
Dr. Hladik hands me to Dr. Trkula who never gave me a fighting chance! Carried on the lie of rebonding and what turned into a full mouth rehab. I had no idea what the Dr's were doing to me until it was to late. Took three hours for the Dr's to complelely take away the 22 teeth I had for 45 years. Dr's left me with massive damage to what was under the 22 crowns. All my roots of those teeth concerned fractured totally or partial fracture of bottem front teeth.
I kepted my appointment with Dr. Trkula (Staff dentist) of Aug. 15, 2006. I told Dr. Trkula that I saw

26.

Dr. Hladik minutes before I
saw Dr. Trkula on Aug. 15, 2006.
Dr. Hladik told me to tell Dr.
Trkula that the only reason I
was at that appointment was
to get a rebonding that Dr.
Hladik didn't feel qualified to
preform. On may. 2, 2006, Dr. Hladik
wanted Dr. Hancock to do the
rebonding because he was an
expert in rebonding, what hap-
pened to Dr. Hancock?
Dr. Hladik chose the next best
thing Dr. Trkula. I told Dr. Trkula
what Dr. Hladik just told me
but feeling the way Dr. Trkula
was he never gave me a re-
sponse of me telling him that.
Dr. Trkula never told me about
a full mouth rehab. He never
acknoledged what I just told
him. In fact the almost 9 nine
years I was under his dental
care Dr. Trkula never talked
to me about what he had done
to me or the truth about my
full mouth rehab. None of the
other Dr's that were always

27.

PREPARED BY JR B.
DATE

1  Fixing Dr. Trkulas work never
2  discussed my dental plan with
3  me. Always-For almost 9 years
4  kept me in the dark. Dr. Trkula
5  made that his number one rule.
6  Never discuss anything about
7  my case with me (All Dr's)
8  On Aug. 15, 2006 Dr. Trkula pushed
9  needles up through my sinuses
10 and all the way to the bridge
11 of my nose. Did that many times
12 over the years. Ruined my sin-
13 uses for years. I am still suf-
14 fering from that. But what was
15 the worst of it unbelievable
16 pain associated with driving.
17 those needles up to the bridge
18 of my nose. Dr. Trkula filled the
19 rest of my top and bottom of
20 my maxilla and my mandibut
21 gums with numbing agent
22 next he Dr. Trkula proceeded
23 to drill my 22 teeth away.
24 I did not know what he was
25 going to me I thought he was
26 drawing his own best method
27 of doing the rebonding, but to
28 find out to late Dr. Trkula

28.

PREPARED BY JRG.
DATE

had just drilled my 22 teeth down to the roots. I no longer had my teeth same moment he puts margins (deep) around my teeth numbing agent was wearing off. The pain was unbelievable, so my 22 margins around my teeth are complete. Puts crowns for all teeth. Thinking he has sealed my teeth from the outside elements, so my roots don't get exposed.

Sealed tight for the next 19 days making the grand total of 44 procedures between Dr. Hadik and Dr. Irkula and 22 margins around my roots and what was left of my teeth. Does that make 44 or with margins 66 ? ? ? It took a total amount of time 3 hours to completely dismantle and destroy those 22 teeth that I had for 46 years.

Now the pain and suffering starts! Help me! Who is in charge! I ask Dr. Irkula, no response. He thought I was joking.

24.

PREPARED BY J.R.G.
DATE

This is a list of procedures that Dr. Trkula performed after doing his full mouth rehab on me Aug. 15, 2006.

The 22 Crowns that Dr. Trkula attached to my root system and what was left of my teeth on Aug. 15, 2006 created so much leverage my root system was manipulated by my tremendous=powerfull jaw muscles at night while I slept and even during the day while I took a nap, (slept). my teeth were opposing each other from the start. my teeth clashed-opposed each other from the start. started ruining my root system from the beginning. They (Dr.'s) knew that this clashing (opposing effect) was present from the beginning caused by my tremendous jaw muscles. Dr. Trkula had to of known that every time I dislodged a tooth or snapped off a tooth that there was an underlying problem. Dr. Trkula never changed his plan. Dr. Trkula watched the decline of my root system and what was left of my teeth.

50.

1. Dr. Trkula could of just pulled
2. my teeth in the beginning but all
3. Dr. Trkula did was prolong the
4. agony and created a $100,000 full
5. mouth rehabilitation that failed
6. all along and completely failed
7. in the end.
8.   Never took Dr. Hickman's written
9. and verbal explanation, starting
10. on Sept. 23, 2005 when Dr. Hickman
11. said that my tremendous jaw
12. muscles may and create problems
13. down the road in the future!
14. Dr. Trkula's crowns were and still
15. are harder than granite and
16. created unbelievable amount of
17. leverage on every tooth, when at
18. night I was bruxing (grinding and
19. clinching) which turned into
20. smashing and crushing. my orig-
21. inal teeth could take the abuse
22. but Dr. Trkula's crowns destroy-
23. ed my root system, and created
24. an infection that almost killed
25. me.   Progress notes All Dr.'s words
26. P-72  #3 #14 decay recurrent. The
27. #18 #15 are suspect. #18 was
28. already gone May 2, 2006.

31.

PREPARED BY JRG.
DATE

P-71 #13 #14 Eruptive path. July. 7, 2006

P-70 Aug. 7, 2006 Dr. Patten did two (2) root canals used lateral (side to side) on #13 #14 - not up the nose.

P-69 drilled the #13 #14 #15 to fit crowns on Aug. 15, 2006. Needle to the bridge of nose. Dr. Trkula said the effective method.

P-67 drilled my teeth for crowns, on Aug. 29, 2006. For a better seal.

P-66 #9 #11 loose, night bruxing. has Dr. Trkula have a clue what's going on? Needles through my sinuses to the bridge of my nose. That was a horrible experience. Sept. 6, 2006

P-68 emergency visit #13 Needles to bridge of nose through my sinuses. I believe that's when my right eye started leaking tears from needles to the bridge of my nose!

P-65 the #12 snapped off titanium post. The #13 cantilevered, Needles to the bridge of my nose. Sept. 18, 2006.

Help me!

32.

PREPARED BY JRG.
DATE

P-65 Root Canals For # 13 #14 #15
Needles to bridge of nose.
Provisional #12 Fix Post. Oct. 5,
2006. Dr. Trkula always in
charge!
P-64 Root canal For #3 Dr. Patten
needles at gum line. Only Dr.
Trkula pushed needle to bride
of nose. Nov. 14 2006.
P-63 Cord around teeth PAinFul
Needles to bridge of nose.
Dec. 27, 2006 Did all teeth with
cord procedure or 22?
P-63 Root canal #3 Needles to
bridge of nose through sinuses.
eye leaking all the time! Nov.
14, 2006.
P-62 Recement after knocking
them off at night while sleep-
ing. Feb. 21 2007
P-61 Recement #9 #11 after knock-
ing them off. Limit oral evaluat-
ion problem focus. Feb. 23, 2007.
P-60 Recement #12 #14 Knocked
off bruxing at night. March. 28,
2007. Needles to the nose.
P-59 Provisional Fix #3 #4 #14 #15
Find another Plan!!! Help me!

33.

P-59 needles to bridge of nose.
through sinuses. Leaking all
the time. Aug 17, 2007.
P-56 needles to bridge of nose.
#6 #7 #8 #9 #10 #11 recement.
Every night I fought my new
crowns. killing my root system!
with my tremendous jaw muscles!
never should have attached those
crowns to my roots! Dec. 28, 2007.
P-55 Root Canals to the #21 #28
big problems with #21 #28 smash-
ed them completely over the
years. May. 7, 2008.
P-54 Implant #19 #30 Titanium
Post crushed from the beginn-
ing. Oct. 9, 2008. Nov. 6, 2008.  ?
    How much do I have to endure?
P-52 Recement #4 night brux-
ing (grinding and clinching) =
Smashing and Crushing! April. 21,
2009.
P-52 #4 #12 root canals April. 28.
2009, End up fractured!
P-51 #5 #12 Complicated plan?
May. 21, 2009 needles up to the
bridge of nose, what did I do
to deserve this treatment?

# Progress Notes

33.

Oral cancer screening: WNL
Prophylaxis completed with ultrasonic, Prophy-Jet and hand instruments.
Radiographs: No
GI: Cl.2
OHI:  Reviewed sulcular technique after disclosing. Patient has very good
HC. Disp. floss, threaders, proxabrushes, sample of Brushpicks. Very nice
patient.
Periodontal maintenance interval: 1 YEAR RC.
RTC: 5/2010
DISP: Open- 7/28 @ 14:00
             8/25 @ 14:00


/es/ FRANCES T SZAUKELLIS
Dental Hygienist
Signed: 05/26/2009 09:03

---

 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: MAY 21, 2009@11:12      ENTRY DATE: MAY 21, 2009@11:15:17
      AUTHOR: TRKULA,GERALD W       EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~_____~~, Age: 58
  Visit: S: May 21, 2009@10:30 DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 521.02 (DENTAL CARIES EXT DENTINE).
  Dental Category: 15-CLASS IV.  Treatment Status:

Completed Care:
  (D2750) Crown porcelain w/ h noble m. Tooth: 5.  DX: (521.02).
  (D2750) Crown porcelain w/ h noble m. Tooth: 12.  DX: (521.02).
  (D2790) Crown full cast high noble m. Tooth: 19.  DX: (521.02).
  (D2790) Crown full cast high noble m. Tooth: 30.  DX: (521.02).
  (D6057) Custom abutment. Tooth: 19.  DX: (525.12).
  (D6057) Custom abutment. Tooth: 30.  DX: (525.12).

*Lower Crowns, Ended up pulverizing Mandibul where # 19 #30 were. Titanium post did the damage!* (handwritten)

Pros tx in progress
Try in and adjust interproximal contacts #5 and #12
Occlusal adjustment / final polish Dialite wheels
Cementation w/ Fuji Plus (RRGI)
Try in screw retained FGC #19/30
Verify seating of implant retained FGC #19/30 w/ PA
Final torque 35 NcM
Cotton pellet and Interval


Recommend 9 month RDH cycle

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS, RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA  85354
DOB: ~~_____~~

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

# Progress Notes   33.

```
NV >>>>> Fabrication Occlusal splint

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 05/21/2009 11:15
```

```
 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: APR 29, 2009@11:41      ENTRY DATE: APR 29, 2009@11:44:16
      AUTHOR: TRKULA,GERALD W      EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ████████ Age: 58
  Visit: S: Apr 29, 2009@08:00 DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 525.10 (UNSP ACQUIRED ABSENCE TEETH).
  Dental Category: 15-CLASS IV.   Treatment Status:


Completed Care:
  (D6999) Fixed prosthodontic proc.  DX: (525.10).

- - - - - - - - - - - - - - - - - - - - - - - -
P{ros tx in progress
2% Xylocaine 1:105 epi x 2
Cord 0
Final impress #4 / 12
Shade A3.5 Design "K"

Removal NobelBiocare WP healing abutments #19 and #30
VErify seating of impression copings w/ PA
Final implant impression #19 / #30 w/ havy body PVS

UltraTemp provisionals #4/12


NV >>>>> Delivery Fixed units

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 04/29/2009 11:44
```

*Handwritten note:* Cord to make margins around teeth no numbing agent. All worn off. Pain full! To much like Needles through sinuses to bridge of nose.

```
 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: APR 21, 2009@11:19      ENTRY DATE: APR 21, 2009@11:20:46
      AUTHOR: TRKULA,GERALD W      EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: 07/05/1950, Age: 58
  Visit: S: Apr 21, 2009@10:34 DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 525.10 (UNSP ACQUIRED ABSENCE TEETH).
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA   85354
DOB: ████████

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

Page 68

# Progress Notes        33.

```
        AUTHOR: TRKULA,GERALD W      EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~~~~~~~~, Age: 59
  Visit: S: Jul 28, 2009@14:00 DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 521.02 (DENTAL CARIES EXT DENTINE).
  Dental Category: 15-CLASS IV.   Treatment Status:


Completed Care:
  (D0120) Periodic oral evaluation.  DX: (521.02).
  (D0470) Diagnostic casts.   DX: (525.10).


- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Pros tx in progress
Periodic oral eval
Dx impressions made post full mouth fixed rehab
Oral hygiene excellent

NV >>>>>> Delivery HNG

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 07/28/2009 14:32
```

```
  LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: MAY 26, 2009@09:00     ENTRY DATE: MAY 26, 2009@09:03:51
      AUTHOR: SZAUKELLIS,FRANCES    EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ~~~~~~~~~, Age: 58
  Visit: S: May 26, 2009@07:30 DENTAL-SZAUKELLIS (ACA 1ST FL).
  Primary PCE Diagnosis: 523.40 (CHRONC PERIODONTITIS NOS).
  Dental Category: 15-CLASS IV.   Treatment Status:


Completed Care:
  (D4910) Periodontal maint procedures.  DX: (523.40).
  (D9630) Other drugs/medicaments.  DX: (521.02). Chlorhexidine Gluconate.
  (D1206) TOPICAL FLUORIDE VARNISH.  DX: (521.00).


- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Dental hygiene maintenance appointment
B.P. 127/69
Premedication: No.
INR: n/a
30 second antiseptic mouthrinse completed
Allergies: NKA
Tobacco use: No
Exam: Oral screening exam, soft tissues appear WNL.
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA  85354
DOB~~~~~~~~~~~~~

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

Page 66

# Progress Notes      33.

Oral cancer screening: WNL
Prophylaxis completed with ultrasonic, Prophy-Jet and hand instruments.
Radiographs: No
GI: Cl.2
OHI:  Reviewed sulcular technique after disclosing. Patient has very good
HC. Disp. floss, threaders, proxabrushes, sample of Brushpicks. Very nice
patient.
Periodontal maintenance interval: 1 YEAR RC.
RTC: 5/2010
DISP: Open- 7/28 @ 14:00
              8/25 @ 14:00


/es/ FRANCES T SZAUKELLIS
Dental Hygienist
Signed: 05/26/2009 09:03

---

 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: MAY 21, 2009@11:12        ENTRY DATE: MAY 21, 2009@11:15:17
     AUTHOR: TRKULA,GERALD W        EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB:▮▮▮▮▮▮▮, Age: 58
  Visit: S: May 21, 2009@10:30 DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 521.02 (DENTAL CARIES EXT DENTINE).
  Dental Category: 15-CLASS IV.  Treatment Status:


Completed Care:
  (D2750) Crown porcelain w/ h noble m. Tooth: 5.  DX: (521.02).
  (D2750) Crown porcelain w/ h noble m. Tooth: 12.  DX: (521.02).
  (D2790) Crown full cast high noble m. Tooth: 19.  DX: (521.02).
  (D2790) Crown full cast high noble m. Tooth: 30.  DX: (521.02).
  (D6057) Custom abutment. Tooth: 19.  DX: (525.12).
  (D6057) Custom abutment. Tooth: 30.  DX: (525.12).

- - - - - - - - - - - - - - - - - - - -
Pros tx in progress                              (mandibul)
Try in and adjust interproximal contacts #5 and #12
Occlusal adjustment / final polish Dialite wheels   Pulverized jaw bone
Cementation w/ Fuji Plus (RRGI)
Try in screw retained FGC #19/30                  infection
Verify seating of implant retained FGC #19/30 w/ PA
Final torque 35 NcM
Cotton pellet and Interval


Recommend 9 month RDH cycle

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GEORGAS, RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA  85354
DOB:▮▮▮▮▮▮▮

VISTA Electronic Medical Documentation
Printed at Phoenix VA Health Care System

# Progress Notes          33.

```
Completed Care:
  (D6999) Fixed prosthodontic proc.  DX: (525.10).

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
Pros tx in progress

NV >>>> Delivery Mandibular arch PFM's 20-29

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 09/30/2008 07:13
```

```
  LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: MAY 07, 2008@10:20     ENTRY DATE: MAY 07, 2008@10:21:50
     AUTHOR: TRKULA,GERALD W     EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: ▓▓/▓▓/▓▓▓▓ Age: 57
  Visit: S: May 07, 2008@08:00 DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 525.10 (UNSP ACQUIRED ABSENCE TEETH).
  Dental Category: 15-CLASS IV.  Treatment Status:

Completed Care:
  (D6999) Fixed prosthodontic proc.  DX: (525.10).

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
Pros tx in progress
2% Xylocaine 1:105 epi x 2
Final impress # 21-28 PVS
UltraTemp
CR records

NV >>>>> delivery mand units


/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 05/07/2008 10:21
```

```
  LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: APR 18, 2008@10:30     ENTRY DATE: APR 18, 2008@10:32:07
     AUTHOR: TRKULA,GERALD W     EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

Patient Name: GEORGAS,RICHARD J, DOB: 07/05/1950, Age: 57
  Visit: S: Apr 18, 2008@08:00 DENTAL-TRKULA (ACA 1ST FL).
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GEORGAS,RICHARD J<br>1003 S 373RD AVE<br>TONOPAH, ARIZONA   85354<br>DOB: ▓▓▓▓▓▓▓▓ | Printed at Phoenix VA Health Care System |

# Progress Notes

33.

Signed: 11/06/2008 09:35

```
 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: OCT 09, 2008@12:56      ENTRY DATE: OCT 09, 2008@12:58:39
      AUTHOR: TRKULA,GERALD W      EXP COSIGNER:
      URGENCY:                     STATUS: COMPLETED
```

Patient Name: GEORGAS,RICHARD J, DOB: ~~████████~~, Age: 58
  Visit: S: Oct 09, 2008@11:00 DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 521.00 (UNSPECIFIED DENTAL CARIES).
  Dental Category: 15-CLASS IV.  Treatment Status:

Completed Care:
  (D2750) Crown porcelain w/ h noble m. Tooth: 20.  DX: (521.00).
  (D2750) Crown porcelain w/ h noble m. Tooth: 21.  DX: (521.00).
  (D2750) Crown porcelain w/ h noble m. Tooth: 22.  DX: (521.00).
  (D2750) Crown porcelain w/ h noble m. Tooth: 23.  DX: (521.00).
  (D2750) Crown porcelain w/ h noble m. Tooth: 24.  DX: (521.00).
  (D2750) Crown porcelain w/ h noble m. Tooth: 25.  DX: (521.00).
  (D2750) Crown porcelain w/ h noble m. Tooth: 26.  DX: (521.00).
  (D2750) Crown porcelain w/ h noble m. Tooth: 27.  DX: (521.00).
  (D2750) Crown porcelain w/ h noble m. Tooth: 28.  DX: (521.00).
  (D2750) Crown porcelain w/ h noble m. Tooth: 29.  DX: (521.00).
  (99215) OFFICE/OUTPATIENT VISIT, EST.  DX: (521.03).

- - - - - - - - - - - - - - - - - - - - - - - - - -
Try in mand arch rehab
Adjust occlusion and proximal contacts post glazing
Final polishing w/ Dialite wheels and rubber points
Pt satisfied w/ estheticws
Final cementation nFuji Plus (RRGI)

NV >>> Implant w/u #19 and #30

/es/ G.W. Trkula, DMD, MS
Prosthodontist
Signed: 10/09/2008 12:58

*[Handwritten:] Crushed-Fractures the (mandibut pulverized #19 #30 jaw bone.*

```
 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: SEP 30, 2008@07:12      ENTRY DATE: SEP 30, 2008@07:13:48
      AUTHOR: TRKULA,GERALD W      EXP COSIGNER:
      URGENCY:                     STATUS: COMPLETED
```

Patient Name: GEORGAS,RICHARD J, DOB: ~~████████~~, Age: 58
  Visit: V: Sep 29, 2008@08:00 DENTAL-TRKULA (ACA 1ST FL).
  Primary PCE Diagnosis: 525.10 (UNSP ACQUIRED ABSENCE TEETH).
  Dental Category: 15-CLASS IV.  Treatment Status:

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
GEORGAS,RICHARD J
1003 S 373RD AVE
TONOPAH, ARIZONA  85354
DOB ~~████████~~

Printed at Phoenix VA Health Care System