Maricopa County Process Service, PLL
77 E Weldon
Suite 250
Phoenix, AZ 85012
Phone: (602) 424-7474
Fax: (888) 811-0814
27-5113345

# INVOICE



John Georgas
1003 S. 373rd Ave.
Tonopah, AZ 85354

Invoice #GUR-2018000758
3/5/2018

Original Date: 3/2/2018

Reference Number: CV-18-00382-PHX-JJT

**Case Number: Maricopa CV-18-00382-PHX-JJT**

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 0 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Plaintiff:
**JOHN R. GEORGAS**

Defendant:
**JAMES R. HLADIK; GEARLD W. TRAKULA; DANIEL P. RATKUS**

Received: 2/12/2018   Served: 3/2/2018 11:17 am   AUTHORIZED
To be served on: GERALD W. TRKULA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Standard Service of Process | 1.00 | 70.00 | 70.00 |
| TOTAL CHARGED: | | | $70.00 |
| 2/9/2018    Pre-Payment | | | 70.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment.
Thank You For Your Business!

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n

Page 1 / 1

Proper

## IN THE UNITED STATES DISTRICT COURT OF THE STATE
## OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**JOHN R. GEORGAS**  Case Number: CV-18-00382-PHX-JJT

Plaintiff,

**RETURN OF SERVICE**

vs.

**JAMES R. HLADIK; GEARLD W. TRAKULA;
DANIEL P. RATKUS**

Defendant.

Received by Maricopa County Process Service, PLLC on the 12th day of February, 2018 at 10:47 am to be served on **GERALD W. TRKULA, 650 E. INDIAN SCHOOL RD., PHOENIX, AZ 85012**.

I, Dondi Holmes, Process Server, do hereby affirm that on the **2nd day of March, 2018** at **11:17 am, I:**

served an **AUTHORIZED** agent by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** to: **Maria Amarillas** as **Legal Assistant** at the address of: **650 E. INDIAN SCHOOL RD., PHOENIX, AZ 85012,** who stated they are authorized to accept service for **GERALD W. TRKULA,** and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Additional Information pertaining to this Service:**
3/2/2018  11:24 am  Completed service at 650 E. INDIAN SCHOOL RD., PHOENIX, AZ 85012,

Served at legal counsel office to legal assistant Maria Amarillas

She provided chief counsel business card picture is attached

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Hispanic, Height: 5'3", Weight: 115, Hair: Dark Brown, Glasses: Y

## RETURN OF SERVICE For CV-18-00382-PHX-JJT

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

I certify by my signature below that this Return of Service was executed electronically by the Certified Process Server whose information appears below the signature, that the Process Server has reviewed the information entered electronically, and that the Process Server's certification is in good standing.

Gregory M Urroz #MC8253 (Maricopa County)
Supervising Process Server

**Dondi Holmes, Process Server**
Maricopa County, #MC-8492

**Maricopa County Process Service, PLLC**
**77 E Weldon**
**Suite 250**
**Phoenix, AZ 85012**
**(602) 424-7474**

Our Job Serial Number: GUR-2018000758
Ref: CV-18-00382-PHX-JJT

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n