May. 30, 2018
John R. Georgas          CV-18-00382 Phx JJT

Service was made on Defendants. James R. Hidik was served on Feb. 12, 2018
Gerald W. Trkula and Daniel Ratkuss were served on march 2, 2018.

This is my application entry of default. The Defendants' deadline for filing has elapsed. No answer has been filed by the three defendants.

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 3 0 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

John R. Georgas
1003 S. 373rd Ave.
Tonopah, Az. 85354
6233930146