# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John R Georgas,<br><br>　　　　Plaintiff,<br><br>v.<br><br>James R Hladik, et al.,<br><br>　　　　Defendants. | **NO. CV-18-00382-PHX-JJT**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants James R. Hladik, Gerald W. Trkula, and Daniel P. Ratkus.

DEFAULT ENTERED this 30th day of May, 2018.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 30, 2018

　　　　　　　　　　　　　　　　　s/ S. Quinones
　　　　　　　　　　　　By　　　Deputy Clerk